# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARIANO TANCREDI** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **SOUTHEASTERN PENNSYLVANIA** | : | |
| **TRANSPORTATION AUTHORITY** | : | **NO. 21-4434** |

## ORDER

**NOW**, this 9th day of March, 2023, upon consideration of Defendant SEPTA's Motion for Summary Judgment (Doc. No. 26), the plaintiff's response, and the defendant's reply, it is **ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that **JUDGMENT** is entered in favor of the defendant Southeastern Pennsylvania Transportation Authority and against the plaintiff Mariano Tancredi.

_____
TIMOTHY J. SAVAGE, J.